## Bell *v.* The State.

Simmons, C. J.  1. Where the court has charged the jury that in order to convict one accused of crime they must believe from the testimony beyond a reasonable doubt that he is guilty, a new trial will not be granted because the court prefaced a later portion of the charge with the words, "If you believe," without adding "from the evidence."   No intelligent jury could have been misled by the omission.   See 1 Blashfield's Instr. to Juries, § 79.
2. Taken in connection with the entire charge, there was no material error in any of the charges of which complaint is made ; the evidence authorized the verdict ; and the court did not abuse its discretion in refusing a new trial.

> *Judgment affirmed.   All the Justices concur.*

Argued June 21, — Decided July 12, 1904.

Indictment for murder.   Before Judge Felton.   Houston superior court.   June 6, 1904.

*Ross & Grace, J. P. Duncan,* and *R. E. Brown,* for plaintiff in error.    *John C. Hart, attorney-general, William Brunson, solicitor-general,* and *John R. Cooper,* contra.